E-Filed/JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-7940-GHK (AJWx) | Date | November 1, 2011 |
|---|---|---|---|

| Title | Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust v. Ali Reza Amirjalaly |
|---|---|

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendant:

None   None

**Proceedings:**   **(In Chambers) Order Remanding Case**

On October 11, 2011, we issued an Order directing Defendant Ali Reza Amirjalaly ("Defendant") to show cause ("OSC") why the above-captioned action should not be remanded to state court based on this Court's lack of subject matter jurisdiction. We noted that the Notice of Removal ("NOR") filed by Defendant seemed to assert that we have federal question jurisdiction because Plaintiff Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust's ("Plaintiff") Complaint necessarily confronts federal claims raised in Defendant's affirmative defenses to the Complaint. We further stated that on its face, the Complaint only alleges a claim for unlawful detainer, and such a claim does not provide this Court with jurisdiction under the "well-pleaded complaint" rule. We also noted that the NOR did not provide a basis for us to exercise diversity jurisdiction over this matter. We cautioned Defendant that failure to timely respond to our OSC would be deemed Defendant's admission that this Court lacks subject matter jurisdiction. The docket reflects that no such response has been timely filed. Pursuant to our OSC, Defendant is **DEEMED** to have admitted that we lack subject matter jurisdiction over this case. Accordingly, this case is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

-- : --

Initials of Deputy Clerk   Bea